*G. Douglas Nash*, public defender, in support of the petition.

*Robert L. Marconi*, assistant attorney general, in opposition.

Decided October 22, 1998

## SKW REAL ESTATE LIMITED PARTNERSHIP *v.* ANTHONY H. GALLICCHIO ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 49 Conn. App. 563 (AC 17134), is denied.

*Richard P. Weinstein* and *Nathan A. Schatz*, in support of the petition.

*Mark S. Baldwin* and *Kara J. Lane*, in opposition.

Decided October 22, 1998

## STATE OF CONNECTICUT *v.* NISSA APONTE

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 114 (AC 15002), is granted, limited to the following issues:

"1. Did the Appellate Court properly conclude that the actions of the prosecutor did not result in a denial of due process?

"2. Did the Appellate Court properly conclude that the trial court did not abuse its discretion in admitting the victim's testimony?"

The Supreme Court docket number is SC 16028.

*Lori Welch-Rubin*, in support of the petition.